J-A34021-15

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| MARCIA THOMAS | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellant | |
| v. | |
| BOARD OF SUPERVISORS OF RICE TOWNSHIP; MILLER J. STELLA, JR., INDIVIDUALLY AND AS SUPERVISOR OF RICE TOWNSHIP; GEORGE VENESKY, INDIVIDUALLY AND AS SUPERVISOR OF RICE TOWNSHIP; DONALD ARMSTRONG, INDIVIDUALLY ; THOMAS M. MARSILIO, INDIVIDUALLY; TONI ROGAN, INDIVIDUALLY; KEVIN ROGAN, INDIVIDUALLY, RHODA ROWLES, INDIVIDUALLY; ELAINE WALLACE, INDIVIDUALLY AND WILLIAM L. HIGGS, INDIVIDUALLY, DEFENDANTS | |
| AND JAMES A. BRANDO, INDIVIDUALLY AND LOUIS KNOPELSKI, INDIVIDUALLY, ADDITIONAL DEFENDANTS | |
| | No. 1977 MDA 2014 |

Appeal from the Order Entered October 29, 2014
In the Court of Common Pleas of Luzerne County
Civil Division at No(s): 2011-03374

BEFORE:  PANELLA, J., OTT, J., and JENKINS, J.

JUDGMENT ORDER BY OTT, J.:          **FILED DECEMBER 08, 2015**

Marcia Thomas appeals from the order entered October 29, 2014, granting Appellees' (William L. Higgs and James A. Brando) amended motion for summary judgment.  We affirm.

In its October 29, 2014, order, the court found the following: "[T]here exists no [conspiracy] claims against Defendants Higgs and Brando since all parties allegedly involved in Count X[]VI have been DISMISSED with prejudice and/or by previous Court Order." Order, 10/29/2014. Upon review, we agree with the trial court's assessment and conclude that it did not err in granting the amended motion for summary judgment.[1] Accordingly, we affirm the trial court's order.

Order affirmed.

Judgment Entered.

_____
Joseph D. Seletyn, Esq.
Prothonotary

Date: 12/8/2015

---

[1] Furthermore, we note Thomas' deficient and obtuse brief, which remained unclarified after oral argument, does not persuade us otherwise.